CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TYRETHA PARKER,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CIVIL NO. 3:26-cv-08099-AGT

~~PROPOSED~~ JUDGMENT

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on November 23, 2026.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 23rd day of November 2026

THE HONORABLE ALEX G. TSE
United States Magistrate Judge

Presented by:

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant United States Attorney
Program Litigation 1 | Law and Policy
Social Security Administration